STANT MANUFACTURING, INC.,
Plaintiff–Appellant,

v.

GERDES GMBH (KERPEN, GERMA-NY), Gerdes GMBH (Schortens, Germany), and Gerdes BVBA, Defendants–Cross Appellants.

Nos. 2007–1086, 2007–1107.

United States Court of Appeals,
Federal Circuit.

Nov. 8, 2007.

Lynn C. Tyler, Barnes & Thornburg LLP, of Indianapolis, IN, argued for plaintiff-appellant. With him on the brief was Donald E. Knebel. Of counsel was Aaron M. Staser.

Michael S. Elkind, Fulwider Patton LLP, of Los Angeles, CA, argued for defendants-cross appellants. With him on the brief were David J. Pitman and Michael J. Moffatt.

Before RADER, SCHALL and MOORE, Circuit Judges.

**Judgment**

PER CURIAM.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

*AFFIRMED. See* Fed. Cir. R. 36.